# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CATRINA WITHERS MALDONADO, #1922801 | § § § | |
| | § | CIVIL ACTION NO. 4:25-CV-00386-ALM-AGD |
| v. | § | |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 10, 2026, the Report of the Magistrate Judge, (Dkt. #5), was entered containing proposed findings of fact and recommendation that the construed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Dkt. #1), be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge, (Dkt. #5), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the construed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Dkt. #1), is **DISMISSED** without prejudice.

Any request for relief not addressed by the Report is denied as **MOOT**.

**IT IS SO ORDERED**.

**SIGNED this 26th day of May, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE